No. 00–5929. ARCHER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5931. MIMMS *v.* GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–5932. SHEPARD *v.* HOPKINS, ASSISTANT DIRECTOR, ADULT INSTITUTIONS, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 8th Cir. Certiorari denied.

No. 00–5935. JONES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–5938. LIU *v.* NAOMI ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–5943. AFRIKA *v.* KIRKLAND ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–5944. BERRY-GURULE *v.* LUCERO, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–5945. HERNANDEZ *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5948. FREEMAN *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 00–5955. O'NEAL *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 00–5956. BAPTIST *v.* WELBORN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–5957. DEEMER *v.* WARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–5958. PLATER *v.* McCOY, SUPERINTENDENT, CAYUGA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–5960. CHILDRESS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.